DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEADOWS ON THE GREEN CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**NATIONSTAR MORTGAGE, LLC**, and **STUART LEVY,**
Appellees.

No. 4D14-3065

[January 6, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Senior Judge; L.T. Case No. 2009CA001748XXXXMB.

Jacob A. Brainard, Scott C. Davis and Michael H. Casanover of Business Law Group, P.A., Tampa, for appellant.

Ronald E. Kaufman of the Law Offices of Ronald E. Kaufman, P.A., and Lauren D. Levy of Levy Law Group, P.A., Coral Gables, for appellee Nationstar Mortgage, LLC.

STEVENSON, J.

This appeal involves a dispute between Meadows on the Green Condominium Association, Inc. and Nationstar Mortgage, LLC, the bank that purchased the subject property at the foreclosure sale. The issue is whether the trial court retained jurisdiction to determine the amount due to Meadows for unpaid assessments under the Condominium Act. *See* § 718.116, Fla. Stat. (2014). We find that the trial court lacked continuing jurisdiction to rule on the assessment issue because (1) the trial court did not expressly reserve jurisdiction to determine this issue and (2) the final judgment of foreclosure did not address the past-due assessments. *PLCA Condo. Ass'n v. AmTrust-NP SFR Venture, LLC*, 40 Fla. L. Weekly D2597 (Fla. 4th DCA Nov. 18, 2015).

Accordingly, we reverse the order on appeal and remand with instructions to dismiss Nationstar's motion to enforce the final judgment for lack of jurisdiction.

*Reversed.*

WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***